In the Matter of AARON ZANGER, an Attorney.— Reference ordered to Hon.

Vernon M. Davis, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.